STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA06-473

STATE OF LOUISIANA

VERSUS

JOHN THOMPSON, III

************

APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO.CR288-04
HONORABLE WENDELL R. MILLER, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Sylvia R. Cooks, Michael G. Sullivan, and Elizabeth A.
Pickett,  Judges.

APPEAL DISMISSED.

Derriel Carlton McCorvey
Attorney at Law
P.O. Box 2473
Lafayette, LA 70502
Telephone:  (337) 291-2431
COUNSEL FOR:
        Defendant/Appellant  - John Thompson , III


Michael Cade Cassidy
District Attorney -31st JDC
P. O. Box 1388
Jennings, LA 70546
Telephone: (337) 824-1893
COUNSEL FOR:
        Plaintiff/Appellee - State of Louisiana

**Sullivan, J.**

On March 31, 2006, this court issued a rule to show cause why the appeal in the above-captioned case should not be dismissed as moot. This court ordered Defendant to respond to the rule to show cause on or before April 20, 2006, and he has failed to do so. The minutes of March 15, 2005 show that the charge, bearing trial docket number CR-288-04, was dismissed with full prejudice.

Therefore, the appeal in the above-captioned case is hereby dismissed.

**APPEAL DISMISSED.**